IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PORFIRIO PINEDA-MARIN, MARGARITO CAMACHO-OLIVA, CATALINO MORGA-COLON, and FELIPE ROJO-GARCIA,<br><br>    Plaintiffs,<br><br>    v.<br><br>CLASSIC PAINTING INC. d/b/a PRO CLASSIC COATINGS, an Oregon corporation; GEOFFREY EDMONDS, individually; PRO KOTE INC., an Oregon corporation; PRO KOTE LLC, an Oregon limited liability company; SHERWIN THINGVOLD, individually; and SHELDON THINGVOLD, individually,<br><br>    Defendants. | No. CV-08-798-HU<br><br>JUDGMENT |

    Based on the Stipulation resolving the claims brought by plaintiffs and against defendants Geoffrey Edmonds and Classic Painting, Inc., and entered on the record February 5, 2010, and based on the March 25, 2010 Findings of Fact and Conclusions of law resolving the claims brought by plaintiffs and against defendants

1 - JUDGMENT

Sherwin Thingvold, Sheldon Thingvold, Pro Kote, Inc., and Pro Kote, LLC, as more fully explained below,

IT IS ORDERED AND ADJUDGED:

Plaintiffs and Geoffrey Edmonds for himself and for Classic Painting, Inc., in consideration of certain concessions to be memorialized elsewhere, agree to the entry of a Stipulated Judgment against Classic Painting, Inc., and Geoffrey Edmonds, jointly and severally, in favor of

Plaintiff Porfirio Pineda-Marin, in the amounts as follows: $7,218.00 in overtime wages; $7,218.00 in liquidated damages under 29 U.S.C. § 216(b); $596.25 in minimum wages; $3,600.00 in penalties under O.R.S. 653.055; and $3,600.00 in penalties under O.R.S. 652.150, for a total award of $22,232.25;

Plaintiff Catalino Morga-Colon, in the amounts as follows: $4,512.65 in overtime wages; $4,512.65 in liquidated damages under 29 U.S.C. § 216(b); $413.40 in minimum wages; $3,120.00 in penalties under O.R.S. 653.055; and $3,120.00 in penalties under O.R.S. 652.150, for a total award of $15,678.70;

Plaintiff Margarito Camacho-Oliva, in the amounts as follows: $6,619.07 in overtime wages; $6,619.07 in liquidated damages under 29 U.S.C. § 216(b); $318.00 in minimum wages; $3,120.00 in penalties under O.R.S. 653.055; and $3,120.00 in penalties under O.R.S. 652.150, for a total award of $19,891.54; and

Plaintiff Felipe Rojo-Garcia, in the amounts as follows: $5,279.37 in overtime wages; $5,279.37 in liquidated damages under 29 U.S.C. § 216(b); $1,789.20 in minimum wages; $2,400.00 in penalties under O.R.S. 653.055; and $2,400.00 in penalties under O.R.S. 652.150, for a total award of $17,147.94;

2 - JUDGMENT

The total amount awarded against Geoffrey Edmonds and Classic Painting, Inc., and in favor of plaintiffs is $74,855.03. Plaintiffs are also awarded attorney's fees and costs as allowed by the Court.

The Court conducted a trial on plaintiffs' claims against defendants Sherwin Thingvold, Sheldon Thingvold, Pro Kote, Inc., and Pro Kote LLC. on February 9 and 10, 2010. The trial resulted in an Opinion containing the Court's Findings of Fact and Conclusions of Law which was filed on March 25, 2010. Based on those Findings of Fact and Conclusions of Law, Judgment is entered in favor of defendants Sherwin Thingvold, Sheldon Thingvold, Pro Kote, Inc., and Pro Kote, LLC, and against each plaintiff. Each claim brought by each plaintiff against these defendants is dismissed with prejudice. Costs will be allowed by the Court to these prevailing defendants consistent with Federal Rule of Civil Procedure 43, and Local Rule 43.

IT IS SO ORDERED.

Dated this <u>8th</u> day of <u>April</u>, 2010.

/s/ Dennis J. Hubel

_____
Dennis James Hubel
United States Magistrate Judge

3 - JUDGMENT