**D. Michael Dale**, OSB 771507
michaeldale@dmichaeldale.net
Law Office of D. Michael Dale
P.O. Box 1032
Cornelius, OR 97113-1032
Telephone: (503) 357-8290
Facsimile: (503) 946-3089

**Meg Heaton**, OSB 052780
meg@nwjp.org
Northwest Workers' Justice Project
917 S.W. Oak Street, Suite 412
Portland, OR 97205-2837
Telephone: (503) 525-8454
Facsimile: (503) 946-3029

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| Porfirio Pineda-Marin, Margarito Camacho-Oliva, Catalino Morga-Colon, and Felipe Rojo-Garcia,<br><br>        Plaintiffs,<br>  v.<br><br>Classic Painting Inc. d/b/a Pro Classic Coatings, an Oregon corporation; Geoffrey Edmonds, individually; Pro Kote Inc., an Oregon corporation; Pro Kote LLC, an Oregon limited liability company; SherwinThingvold, individually; and Sheldon Thingvold, individually,<br><br>        Defendants. | Civil Case No. 08-cv-00798-HU<br><br>NOTICE OF WITHDRAWAL OF ATTORNEY FOR PLAINTIFFS |

      Pursuant to Local Rule 83-11, notice is hereby given that attorney Meg Heaton has withdrawn from representing the plaintiffs in this matter. Plaintiffs continue to be represented by

NOTICE OF WITHDRAWAL OF ATTORNEY                                                                     **Page 1**

attorney D. Michael Dale, who has represented the plaintiffs as co-counsel since the inception of this case.

Dated December 11, 2011.

/s/  Meg Heaton
MEG HEATON
OSB # 05278
(503) 525-8454
Of Attorneys for Plaintiffs